IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CR-95-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| STEVEN GLENN JOHNSON | ) | |

This matter is before the Court on Defendant's Motion to Correct Sentence pursuant to Fed. R. Crim. P. 36 [DE 40]. The Government has responded [DE 43], and the matter is ripe for ruling. Upon review of the record, the Court finds that the Defendant was sentenced on July 7, 2011, to a term of sixteen (16) months in the custody of the Bureau of Prisons, with credit for time served in state custody. Defendant's 16 month sentence was ordered to begin upon his discharge from state custody. The interpretation of this sentence by the Bureau of Prisons and the Government is correct. Defendant's Motion to Correct Sentence is therefore DENIED.

SO ORDERED, this 25 day of October, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE